UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CHIECO,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX CREDIT INFORMATION SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05465-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 16 |

Plaintiff Sara Chieco has filed a notice of dismissal dated January 27, 2015, stating that she voluntarily dismisses Cellco Partnership d.b.a. Verizon Wireless ("Cellco") from this action without prejudice, pursuant to an agreement reached by the parties that Cellco was not the proper defendant in this matter. ECF No. 16. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All claims between Plaintiff Sara Chieco and Defendant Cellco have been dismissed without prejudice. The Clerk is directed to terminate Defendant Cellco as a party in this case.

IT IS SO ORDERED.

Dated: January 27, 2015

                                                        JON S. TIGAR
                                          United States District Judge