UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CHIECO,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX CREDIT INFORMATION SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05465-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 20 |

Plaintiff Sara Chieco has filed a notice of dismissal dated February 12, 2015, stating that she voluntarily dismisses Defendant Verizon California, Inc., a California corporation, from this action with prejudice. ECF No. 20. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All claims between Plaintiff Sara Chieco and Defendant Verizon California, Inc. have been dismissed with prejudice. The Clerk is directed to terminate Verizon California, Inc., a California corporation, as a party in this case.

IT IS SO ORDERED.

Dated: February 13, 2015

_____
JON S. TIGAR
United States District Judge